IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:11-CR-336-TWT |
| LANDO CARTER, | |
| Defendant. | |

**ORDER**

This is a criminal action in which the Defendant robbed an ATM service technician at gunpoint. It is before the Court on the Defendant's Motion to Vacate Sentence [Doc. 45]. The Defendant pleaded guilty to one count of a Hobbs Act robbery and one count of carrying and using a firearm during a crime of violence. The Defendant's motion to vacate sentence is procedurally barred because the Defendant failed to raise the claim on direct appeal. This is not a *Johnson v. United States* case because the Defendant was not charged with being an Armed Career Criminal. Even if *Johnson* applies, the Hobbs Act robbery is a crime of violence. See In re Fleur, 2016 WL 3190539 (11th Cir. 2016). The Defendant's Motion to Vacate

Sentence [Doc.45] is DENIED.

SO ORDERED, this 24 day of August, 2016.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge